IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

B. JAMES BACA,

        Plaintiff,

v.                                         CIV 13-342 KBM

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security Administration,

        Defendant.

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis. Having considered the affidavit, the Court finds that the motion is well-taken and should be granted.  *See Doc. 2.*

Wherefore,

**IT IS HEREBY ORDERED that** this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED that** the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

_____
UNITED STATES CHIEF MAGISTRATE JUDGE